*Van Arsdale* for the plaintiffs.

---

DEN ON THE DEMISE OF WADE *v.* FEN, MORTON AND MARSH, TENANTS.

If a declaration in ejectment is not served ten days prior to the first day of the term, the tenant has until the first day of the subsequent term to appear and enter into the consent rule.

---

The notice in this case was that the tenants in possession should appear on the 14th of this month, and was served with the copy of the declaration more than ten days prior to that time, but not ten days prior to the 10th of the month, being the first day of the term.

*Scudder* moved for the first rule, and to require the tenants to appear and enter into the consent rule during the present term, and contended that ten days previous notice, and not ten days notice previous to the term, was by the 91st section of the practice act (*Rev. Laws.* 425) sufficient.

By THE COURT:—The 92d section allows the tenant to apply to enter into the consent rule "within the term to which the said tenant had notice to appear." Hence the whole term is given him for this purpose, and a plaintiff cannot be permitted to deprive him of the convenience and benefit of such time, by making his notice to appear on the last day of the term, and serving it the ten days previously thereto. If the service has been ten days prior to the first day of the term, the tenant may be required to appear during that term; otherwise, on or before the first day of the next term. This rule has been repeatedly declared by the court, and more than once after argument.